UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                    CASE NO. 1:01-CR-214

v.

                                                    HON. ROBERT HOLMES BELL

QUINTARIUS JERMAINE WALLS,

        Defendant.
                                          /

## ORDER CONDITIONALLY ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action.  The Report and Recommendation will be conditionally adopted by this Court pending the time period for filing objections to the report.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the defendant's terms and conditions of supervised release are amended to include:

> **The defendant shall not consume or possess alcohol and shall not frequent places whose primary purpose is the sale and/or serving of alcohol**.

Date:   August 20, 2008                  /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    UNITED STATES DISTRICT JUDGE